UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WINTERS,

                Plaintiff,

-v.-

CITY OF NEW YORK DEPT. OF CORRECTION(S); C/O MOORE #17409,

                Defendants.

21 Civ. 2440 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

     The Court is in receipt of Defense Counsel's letter, dated August 17, 2021, informing the Court that Plaintiff has been transferred to Downstate Correctional Facility. (Dkt. #20). The Clerk of Court is hereby directed to change Plaintiff's address of record to the following:

> Jason Winters, DIN: 21A1451
> Downstate Correctional Facility
> P.O. Box F
> Fishkill, New York 12524

The Clerk of Court is further directed to mail a copy of the materials that were filed at docket entries 18 and 19 to Plaintiff's updated address.

     SO ORDERED.

Dated:    August 23, 2021
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge